# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA A. NICHOLLS,<br><br>            Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>            Defendant. | Case No. CV 13-255-JGB (SP)<br><br>**ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Amended Report and Recommendation of the United States Magistrate Judge. Defendant has not filed any written Objections to the Amended Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered reversing the decision of the Commissioner denying benefits, and remanding this action for further administrative proceedings consistent with the Report.

Dated: March 26, 2014          _____
                                                                  HONORABLE JESUS G. BERNAL
                                                                  UNITED STATES DISTRICT JUDGE