JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA A. NICHOLLS, | ) Case No. CV 13-255-JGB (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Order Accepting Amended Report and Recommendation of United States Magistrate Judge, and the Amended Report and Recommendation of United States Magistrate Judge.

Dated: March 26, 2014

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE